■ In the Matter of THOMAS J. DAILEY, Individually and as President of the Fulton Police Benevolent Association, Inc., Respondent, v MURIEL ALLERTON, as Mayor of the City of Fulton, et al., Appellants. [608 NYS2d 896] —Motion for stay pending appeal denied. Memorandum: Appellants' motion for a stay is unnecessary inasmuch as proceedings to enforce the order appealed from are subject to an automatic stay under CPLR 5519 (a) (1). Present—Callahan, J. P., Green, Lawton, Fallon and Doerr, JJ. (Filed Dec. 3, 1993.)

■ DIANE G. NORCROSS, Respondent, v LINDA M. COOK, Appellant. [608 NYS2d 896] —Motion for stay pending appeal denied. Memorandum: Because an automatic stay is available to appellant upon the posting of an undertaking (see, CPLR 5519 [a] [6]), a discretionary stay is not appropriate (see, CPLR 5519 [c]). Present—Callahan, J. P., Green, Lawton, Fallon and Boehm, JJ. (Filed Dec. 3, 1993.)

■ In the Matter of CHARLES HORTON, Respondent, v ELIZABETH HORTON, Appellant. [608 NYS2d 897] —Motion by counsel assigned to represent appellant in Family Court to be relieved from said assignment denied. Memorandum: Counsel should move for relief in the court of assignment. Present— Pine, J. P., Balio, Lawton, Davis and Boehm, JJ. (Filed Dec. 6, 1993.)